**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS COMPANIES, INC.*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE SUZANNE SALAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC., a Delaware Corporation; DOES and/or ROE ENTITIES I through 20 inclusive;<br><br>Defendants. | CASE NO.: 2:26-cv-245 |

**DEFENDANT ALBERTSON'S LLC'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)**

Defendant, ALBERTSONS COMPANIES, INC., by its undersigned attorneys, LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ. and KRISTEN MOLLOY, ESQ. of BRANDON | SMERBER LAW FIRM, hereby removes the above-captioned case to the United States District Court, Clark County, Nevada, where the action is now pending, pursuant to 28 USC § 1441(a) and states as follows:

…

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

1. The above-entitled action commenced in the Eighth Judicial District Court, Clark County, State of Nevada on December 12, 2025, bearing Case No. A-25-934981-C. The action is now pending in the Eighth Judicial District Court, Clark County, State of Nevada.

2. Plaintiff filed her complaint on or about December 12, 2025, alleging Plaintiff, MICHELLE SUZANNE SALAS slipped and fell on some clear liquid on the floor resulting in a personal injury to Plaintiff. Plaintiff's Complaint fails to state that this case is one which is or has become removable. *See Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689 (9th Cir. 2005). Defendant Albertsons Companies, Inc. filed an Answer to the complaint on January 20, 2026.

3. Plaintiff filed her Request for Exemption from Arbitration on January 26, 2026, citing a probable jury award in excess of Nevada's Arbitration cap.

4. Plaintiff is claiming past medical special damages in the amount of $97,366.00 along with general damages in excess of $15,000.00, special damages, lost earnings and earning capacity, pre- and post-judgment interest and reasonable attorney's fees and costs.

5. This Notice of Removal was filed timely as it was filed within thirty (30) days of Plaintiff's Request for Exemption from Arbitration, filed on January 26, 2026, which was the first motion, order or other paper from which it could first be ascertained that this case is one which is or has become removable. *See* 28 U.S.C. 1446(b); *Harris*, 425 F.3d 689.

6. Pursuant to Fed. R. Civ. P. 6 (a), the last day of the thirty (30) day period set forth under 28 U.S.C. 1446(b) is February 26, 2026. *See* 28 U.S.C. 1446(b).

7. This action concerns Plaintiff's Complaint, in which she alleges causes of action for: (1) negligence; (2) res ipsa loquitur; (3) vicarious liability; and (4) negligent hiring, retention, training and supervision.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

8. At the commencement of this action and at the time of the filing of this Notice of Removal, Plaintiff, MICHELLE SUZANNE SALAS, was, and now is, a citizen of the County of Clark, State of Nevada.

9. At the commencement of this action and at all times herein, Defendant, ALBERTSONS COMPANIES, INC., was, and now is, a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business in Boise, Idaho, and therefore, is a citizen of the State of Delaware and Idaho. *See* ***Exhibit A***.

10. Corporation are citizens of any State in which they are incorporated or have their principal place of business. *Id;* 28 U.S.C. § 1332(c)(1).

11. Thus, ALBERTSONS COMPANIES, INC., is a citizen of the State of Delaware and Idaho.

12. Therefore, for diversity purposes, ALBERTSONS COMPANIES, INC. is a citizen of the State of Delaware and Idaho.

13. Upon information and belief, Plaintiff, MICHELLE SUZANNE SALAS, claims past medical specials of $97,366.00 along with general damages in excess of $15,000.00, special damages, lost earnings and earning capacity, pre- and post-judgment interest and reasonable attorney's fees and costs

14. The United States District Court for the District of Nevada has original jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different States and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

15. Accordingly, Plaintiff's Complaint is removed pursuant to 28 U.S.C. 1441, which provides that a defendant may remove a case over which the federal court has original jurisdiction.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

16. A copy of all process and pleadings served and filed in this matter are attached hereto as ***Exhibit B***.

WHEREFORE, Defendant, ALBERTSONS COMPANIES, INC., a Delaware corporation respectfully requests that this action proceed in the United States District Court for the District of Nevada as an action properly removed to it under the diversity of citizenship statute.

DATED this 3rd day of February, 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS COMPANIES, INC.*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on February 3, 2026, I served a copy of the foregoing **DEFENDANT ALBERTSONS COMPANIES, INC.'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)** via the Court's electronic filing and service systems to all parties on the current service list.

**SUE TRAZIG CAVACO, ESQ.**
Nevada Bar No. 6150
**DIMOPOULOS INJURY LAW**
411 South 7th Street, Suite 400
Las Vegas, Nevada 89101
702-800-6000
Facsimile – 702-224-2114
*Attorneys for Plaintiff,*
*MICHELLE SUZANNE SALAS*

*/s/ Maybelline Valle*
An Employee of Brandon | Smerber Law Firm