**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS COMPANIES, INC.*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE SUZANNE SALAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC., a Delaware Corporation; DOES and/or ROE ENTITIES I through 20 inclusive;<br><br>Defendants. | CASE NO.: 2:26-cv-00245-GMN-BNW |

**STIPULATION AND ORDER TO DISMISS DEFENDANT, ALBERTSONS COMPANIES, INC., WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSONS COMPANIES, INC., and Plaintiff, MICHELLE SUZANNE SALAS, by and through SUE TRAZIG CAVACO, ESQ., of DIMOPOULOS INJURY LAW as follows:

/ / /

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964



That Defendant, ALBERTSONS COMPANIES, INC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 6th day of August, 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr. Esq.*
_______________________________
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS COMPANIES, INC.*

DATED this 6th day of August, 2026.

**DIMOPOULOS INJURY LAW**

*/s/ Sue Trazig Cavaco, Esq.*
_______________________________
**SUE TRAZIG CAVACO, ESQ.**
Nevada Bar No. 6150
**DIMOPOULOS INJURY LAW**
411 South 7th Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff,*
*MICHELLE SUZANNE SALAS*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964



**IT IS SO ORDERED** that Defendant, ALBERTSONS COMPANIES, INC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __7__ day of _____August_____, 2026.

______________________________
**DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
______________________________

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS COMPANIES, INC.*